UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
FILE NO. 2:15-CR-9-H (7)

UNITED STATES OF AMERICA

**ORDER**

JIMMY PAIR, JR,
    Defendant.

On motion of the Defendant, Jimmy Pair, Jr., and for good cause shown, it is ORDERED that Docket Entry 751 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 751.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the __13th__ day of June 2017.

MALCOLM J. HOWARD
Senior United States District Judge